# Court of Appeals
# of the State of Georgia

ATLANTA,  October 16, 2015

*The Court of Appeals hereby passes the following order:*

**A15A1486.  LEWIS v. GEORGIA DEPARTMENT OF TRANSPORTATION.**

We granted Lewis's application to file the captioned interlocutory appeal to consider the trial court's order, filed on December 16, 2014, denying Lewis's motion for summary judgment.  Having considered the entire record on appeal, we dismiss the appeal as improvidently granted.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,*  10/16/2015
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*